IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| v. | : Case No. 3:09-cr-33-KRG-KAP-1 |
| DARRELL R. LEWIS, | : Case No. 3:16-cv-98-KRG-KAP-1 |
| Defendant | : |

Memorandum Order

The Clerk shall close the civil case. See the unobjected-to Report and Recommendation at ECF no. 2 in the civil case and ECF no. 252 in the criminal case.

BY THE COURT:

November 27, 2018

KIM R. GIBSON,
UNITED STATES DISTRICT JUDGE

Notice to counsel of record by ECF and by U.S. Mail to:

Darrell Lewis, Reg. No. 11299-068
F.C.I. Danbury
Route 37
Danbury, CT 06811